JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RICARDO BANKS, | Case No. CV 16-7975-JGB (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| W.L. MUNIZ, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 27, 2017

JESUS G. BERNAL
U.S. DISTRICT JUDGE